# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 17, 2015

### NO. 03-14-00678-CR

**Ex parte Leslie Parker Jones**

**APPEAL FROM THE 331ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE BOURLAND**

This is an appeal from the order entered by the trial court. Leslie Parker Jones has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows Leslie Parker Jones to withdraw his notice of appeal, and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.